No. 834. ALLEN ET AL. *v.* GALVESTON TRUCK LINE CORP.

Argued May 9, 1933. Decided May 15, 1933. *Per Curiam:* Decree affirmed. (1) *Texas & New Orleans R. Co. v. Sabine Tram Co.,* 227 U.S. 111; *Baltimore & Ohio S. W. R. Co. v. Settle,* 260 U.S. 166, 170, 173, 174; *United States v. Erie R. Co.,* 280 U.S. 98, 101, 102; (2) *Buck v. Kuykendall,* 267 U.S. 307, 315, 316; *Bush Co. v. Maloy,* 267 U.S. 317, 324, 325; *Sprout v. South Bend,* 277 U.S. 163, 169–171; *Bradley v. Public Utilities Comm'n, ante,* 92, 95. *Mr. Elbert Hooper,* Assistant Attorney General of Texas, with whom *Messrs. James V. Allred,* Attorney General, and *Claude Pollard* were on the brief, for appellants. *Mr. Mart H. Royston,* with whom *Mr. J. Newton Rayzor* was on the brief, for appellee.

No. 927. CHEWNING *v.* VIRGINIA. Jurisdictional statement submitted May 6, 1933. Decided May 15, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *State Board of Tax Commissioners v. Jackson,* 283 U.S. 527, 537; *Castillo v. McConnico,* 168 U.S. 674, 683; *Moffitt v. Kelley,* 218 U.S. 400, 404, 405; *Nickel v. Cole,* 256 U.S. 222, 226; *Glenn v. Doyall,* 285 U.S. 526; *Long v. Kelley,* 288 U.S. 591. *Mr. David Meade White* for appellant. No appearance for appellee.